UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No.   15-cv-00510-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Elizabeth D. Laporte for consideration of whether the case is related to *Austin v. State of California*, 15-cv-00504-EDL.

　　　**IT IS SO ORDERED.**

Dated: February 4, 2015

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No.  15-cv-00510-MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 2/4/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory A. Austin
824 E. Swift
Fresno, CA 93704


Dated: 2/4/2015

                Richard W. Wieking
                Clerk, United States District Court


                By:_____
                Chris Nathan, Deputy Clerk to the
                Honorable MARIA-ELENA JAMES