IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant.<br>_____/ | No. C -15-00510 (MEJ)<br><br>**ORDER RELATING AND REASSIGNING CASE** |

The Court, having reviewed Magistrate Judge Maria-Elena James' <u>sua sponte</u> judicial referral pursuant to Civil Local Rule 3-12(c), finds that the above-captioned case is related to <u>Gregory A. Austin v. State of California</u>, 15-00504, and therefore RELATES this case and REASSIGNS <u>Gregory A. Austin v. State of California</u>, 15-00510 to itself.

**IT IS SO ORDERED.**

Dated: February 4, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge