IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Nos.　3:15-cv-00504-CRB<br>　　　　3:15-cv-00505-CRB<br>　　　　3:15-cv-00508-CRB<br>　　　　3:15-cv-00510-CRB<br>　　　　3:15-cv-00511-CRB<br>　　　　3:15-cv-00512-CRB<br>　　　　3:15-cv-00513-CRB<br>　　　　3:15-cv-00514-CRB<br>　　　　3:15-cv-00516-CRB<br>　　　　3:15-cv-00526-CRB<br>　　　　3:15-cv-00528-CRB<br>　　　　3:15-cv-00533-CRB<br>　　　　3:15-cv-00535-CRB<br>　　　　3:15-cv-01717-CRB |

**JUDGMENT**

　　Having dismissed these cases with prejudice, the Court hereby enters JUDGMENT in favor of Defendant and against Plaintiff.

　　**IT IS SO ORDERED.**


Dated: June 29, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE