IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>     Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>     Defendant. | Nos.  3:15-cv-00504-CRB<br>3:15-cv-00505-CRB<br>3:15-cv-00508-CRB<br>3:15-cv-00510-CRB<br>3:15-cv-00511-CRB<br>3:15-cv-00512-CRB<br>3:15-cv-00513-CRB<br>3:15-cv-00514-CRB<br>3:15-cv-00516-CRB<br>3:15-cv-00526-CRB<br>3:15-cv-00528-CRB<br>3:15-cv-00533-CRB<br>3:15-cv-00535-CRB<br>3:15-cv-01717-CRB |

**ORDER DENYING REDRESS**

On April 1, 2015, the Court dismissed each and every one of the above cases with prejudice and then entered judgment against Plaintiff. See IFP Order (dkt. 22) at 12; Judgment (dkt. 23). That was no April Fool's joke. So to the extent Plaintiff's "Writ of Certiorari," "Plead to Waive Time Limit," "Stance on Marital Dissolution," and "Initial Grievance Petition Attachment" can be read to seek redress of some kind, they are DENIED.

**IT IS SO ORDERED.**

Dated: January 12, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE