UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, SAN FRANCISCO SUPERIOR COURT, et al.,<br><br>    Defendants. | Case No. 20-cv-00900-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On February 3, 2020, Plaintiff Gregory A. Austin filed this action in the United States District Court, Eastern District of California. The matter was transferred to this court on February 5, 2020. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Charles R. Breyer to determine whether it is related to *Austin v. State of California*, 15-504 CRB.

**IT IS SO ORDERED.**

Dated: March 26, 2020

                                            Donna M. Ryu
                                   United States Magistrate Judge